IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ricky L. Orr,                                    )<br>                                                    )<br>            Plaintiff,                           )<br>                                                    )<br>v.                                                  )<br>                                                    )<br>Resi Whole Loan IV, LLC; American  )<br>Home Mortgage Service Inc.;           )<br>Homeward Residential Inc.; United    )<br>County Marshland Realty; Judi Judge; )<br>and Bill Judge,                                )<br>                                                    )<br>            Defendants.                      )<br>_____) | Civil Action No. 9:12-1706-SB<br><br><br>**ORDER** |

This matter is before the Court upon Ricky L. Orr's pro se complaint seeking injunctive relief and monetary damages. Pursuant to Local Rule 73.02(B)(2)(a), the matter was referred to a United States Magistrate Judge for preliminary determinations.

On August 3, 2012, the Magistrate Judge issued a report and recommendation ("R&R") analyzing the issues and determining that the Court lacks jurisdiction pursuant to the Rooker-Feldman doctrine to consider the Plaintiff's claims. Accordingly, the Magistrate Judge recommended that the Court dismiss the complaint without prejudice and without issuance and service of process. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within fourteen days of the date of service of the R&R. To date, no objections have been filed.



Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Petitioner did not file any specific, written

objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's R&R (Entry 13) is adopted and incorporated herein, and the complaint is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

August **27**, 2012
Charleston, South Carolina



2